# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES RODDEN, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action 3:21-cv-00317 |
| DR. ANTHONY FAUCI, et al., | § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Jimmy Anthony Rodriguez will be appearing as lead counsel for the Federal Defendants in this case. Service of all papers by regular U.S. Mail may be made at the following address:

    Jimmy A. Rodriguez
    Senior Litigation Counsel
    Southern District of Texas
    1000 Louisiana, Suite 2300
    Houston, Texas 77002

DATED: November 10, 2021

        Respectfully Submitted,

        *s/Jimmy A. Rodriguez*
        Jimmy A. Rodriguez
        Assistant United States Attorney
        Southern District of Texas
        Attorney in Charge
        Texas Bar No. 24037378
        Federal ID No. 572175
        1000 Louisiana, Suite 2300
        Houston, Texas 77002

Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on November 10, 2021, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney