## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

James Rodden, et al.

v.                                                    Case Number: 3:21–cv–00317

Anthony Fauci, et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
by telephone
    Dial in Number: 409-763-7801
    Conference ID: 37801#
    Password: 13579#
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/16/2021

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Hearing – #9
Notice of Setting/Resetting FORM – CV – #10
Notice of Setting/Resetting FORM – CV – #11

---

Date:   November 15, 2021                                    Nathan Ochsner, Clerk