IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES RODDEN, et al, ) | |
| ) | CIVIL ACTION NO.: 3:21-CV-00317 |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Dr. Anthony Fauci, et al, ) | AFFIDAVIT OF SERVICE |
| ) | |
| Defendants. ) | |

I, Sean Murphy, respectfully certify that service for the above captioned case took place as described below, which include true and correct copies of the following documents: Issued Summons dated November 10, 2021, Complaint and Jury Demand, Civil Cover Sheet, Attachments 1-5, Motion for TRO and Preliminary Injunction and Memorandum in Support, Plaintiffs' Declarations 1-11 Proposed Order, Galveston District Court Rules of Practice, and Motion for John J. Vecchione to Appear as Attorney-In-Charge without Admission

On November 10, 2021, the above listed documents were sent by certified mail, return receipt requested to:

Merrick Garland
U.S. Department of Justice, Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530

Merrick Garland received the above listed documents via certified mail on November 15, 2021 (see attached proof of service).

On November 10, 2021, the above listed documents were sent by email to:

Jennifer Lowrey, Acting U.S. Attorney for the Southern District of Texas
c/o/ usatxs.civilnotice@doj.gov

I solemnly swear under the penalty of perjury, the above the statements are true and correct to the best of my knowledge, information, and belief.

Dated: November 19, 2021
/s/ Sean Murphy
Sean Murphy
Paralegal
New Civil Liberties Alliance
1225 19th St., NW
Suite 450
Washington, DC 20036
(202) 896-5210

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Dept of Justice<br>Civil Process clerk<br>950 Pennsylvania Avenue<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>Edy Jose<br>NOV 1 5 2021 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6638 1028 4145 31 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery    ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 0700 0001 3223 4489 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery over $500 |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |