IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **JAMES RODDEN,** et. al | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CA 3:21-cv-00317 |
| *Plaintiffs*, | | |
| v. | | |
| **DR. ANTHONY FAUCI,** et. al | | |
| *Defendants*. | | |

**UNNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Plaintiffs move to exceed the page limit for their Reply Brief in support of their preliminary injunction motion by three pages. In support thereof Plaintiffs state:

1. Defendants submitted over 600 pages in their response to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. Plaintiffs wish to reply as soon as possible to this Response given the timeline of their request.

2. Defendants' length of briefing and volume of submission, the number and complexity of issues presented, and their national significance, require more than the 15 briefing pages typically allotted for a Reply.

3. Despite their best efforts, Plaintiffs could not reduce the Reply brief to fewer

1

than 18 pages, and therefore request an additional three pages for their Reply to Defendants' Opposition.

    4.  Plaintiffs' counsel conferred with Defendants' counsel, who consented to the relief requested.

    A form of Order is Attached.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to exceed the Court's page limit by three pages.

/s/ John J. Vecchione

John J. Vecchione
Senior Litigation Counsel
Virginia Bar # 73828
John.Vecchione@ncla.legal
*Admitted Pro Hac Vice*


/s/ Jenin Younes

Jenin Younes
Litigation Counsel
New York Bar # 5020847
Jenin.Younes@ncla.legal
*Adimitted Pro Hac Vice*

/s/ Harriet Hageman

Harriet Hageman
Senior Litigation Counsel
Wyoming Bar # 5-2656
Harriet.Hageman@ncla.legal
*Admitted Pro Hac Vice*


NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238

/s/ *Robert Henneke*_____
ROBERT HENNEKE
Texas Bar # 24046058
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, TX 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728
rhenneke@texaspolicy.com


*Attorneys for Plaintiffs*

4