IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **JAMES RODDEN,** et. al | ) ) ) ) ) ) ) ) | **PROPOSED ORDER** |
| *Plaintiffs*, | ) ) | CA 3 :21 cv 00317 |
| v. | ) ) | |
| **DR. ANTHONY FAUCI,** et. al | ) ) ) ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is the defendants' unopposed motion to exceed the 15-page limit in their Reply to the Defendants' Response to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. Dkt. 26. The motion is granted.

Signed on Galveston Island on this ___ day of November, 2021

_____

JUDGE Jeffrey V. Brown
Southern District of Texas (Galveston Div.)

1