IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES RODDEN, et. al | ) ) ) ) ) ) ) ) | **Certificate of Interested Parties** |
| *Plaintiffs*, | ) ) | CA 3 :21 cv 00317 |
| v. | ) ) | |
| DR. ANTHONY FAUCI, et. al | ) ) ) ) | |
| *Defendants*. | ) | |

CERTIFICATE OF INTERESTED PARTIES

Only the named Plaintiffs named in the Complaint in this action, all natural persons, and not corporations traded or otherwise, and, if certified, the class they represent have an interest in this case. Their attorneys, listed below, provide their services *pro bono publico*.

Respectfully submitted,

/s/ John J. Vecchione

John J. Vecchione
Senior Litigation Counsel
Virginia Bar # 73828
John.Vecchione@ncla.legal
*Admitted Pro Hac Vice*


/s/

Jenin Younes
Litigation Counsel
New York Bar # 5020847
Jenin.Younes@ncla.legal
*Admitted pro hac vice*

/s/

Senior Litigation Counsel
Wyoming Bar # 5-2656
Harriet.Hageman@ncla.legal
*Admitted pro hac vice*



NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238

/s/ *Robert Henneke*_____
ROBERT HENNEKE
Texas Bar No. 24046058
TEXAS PUBLIC POLICY
FOUNDATION
901 Congress Avenue
Austin, TX 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728
rhenneke@texaspolicy.com

*Attorneys for Plaintiffs*

2