# ATTACHMENT A

"Employees who refuse to be vaccinated, provide proof of vaccination, and who do not have a pending request for a legally entitled accommodation will have appropriate disciplinary action initiated against them, up to and including removal from Federal service. Based on OPM guidance, USDA is using a three step approach: 1) letter of caution; 2) suspension; and 3) removal. The letters of caution have been sent. Out of respect for the holiday season and in an effort to stay aligned with most other Federal agencies, USDA will resume the progressive discipline process with notices of suspension beginning on **January 3, 2022**. Over the next several weeks, we strongly encourage anyone who has not submitted their documentation or indicated that they are requesting an accommodation to do so through the proof of vaccination survey. As we have said many times before, the goal of the vaccination requirement is to protect workers, not punish them."