# ATTACHMENT B



| | | |
|---|---|---|
| U.S. Department of Homeland Security<br>United States Coast Guard | United States Coast Guard<br>Office of Civilian Human Resources<br>Workforce Relations | 2703 Martin Luther King Jr. Ave. SE<br>Washington, DC  20593<br>Code:  CG-124 |

12750
December 6, 2021

# MEMORANDUM

SMITH.RYAN.MICHAEL.1074085888
Digitally signed by SMITH.RYAN.MICHAEL.1074085888
Date: 2021.12.06 09:30:36 -05'00'

From:   Ryan M. Smith, Supervisory HR Specialist, CG-124

To:     JOHN LUFF, GS-1801-12, SR MARINE INSP/PSCO-JRNYMAN

Subj:   LETTER OF ADVISEMENT

Ref:    (a) DHS Update on Compliance with EO on Requiring Coronavirus Disease 2019 Vaccination for Federal Employees, dated 25 October 2021
        (b) Executive Order 14043, Requiring Coronavirus Disease 2019 Vaccination for Federal Employees, dated 9 Sept. 2021

1.  According to agency records, as of December 6, 2021, it appears that you may not have fully updated the Vaccination Status System (VSS) with the required documentation and information outlined in References (a) and (b).  If this is an error, please accept my apology and contact Edward McKenzie, HR Specialist (Employee & Labor Relations), at (206) 220-7052 or via email at Edward.B.McKenzie@uscg.mil with the correct information immediately upon your receipt of this memorandum.

2.  If this is not an error, there is still time to comply.  It is necessary to require COVID-19 vaccination for all Federal employees in order to promote the health and safety of the Federal workforce and the efficiency of the civil service.  Per the Center for Disease Control and Prevention (CDC), it is not possible to get COVID-19 from vaccines.  The COVID-19 vaccines activate the immune system so the body can fight the virus.  COVID–19 vaccines are widely available in the United States.  You can find more information from the CDC about safety measures, clinical trials, and monitoring systems at the below:

- [Understanding Different COVID-19 Vaccine Types](#)
- [Ensuring COVID-19 Vaccine Safety in the U.S.](#)
- [Ask COVID-19 Questions](#) (or call 1-800-CDC-INFO or 1-800-232-4636)

3.  To be compliant, with the instructions in Reference (a), you *must* complete one of the following options *within ten (10) calendar days of receipt of this notice*:

Subj: LETTER OF ADVISEMENT                                                           12750

    a. Receive at least one dose of the COVID-19 vaccines that have been approved, or authorized for emergency use, by the U.S Food and Drug Administration (FDA) and/or the World Health Organization (WHO)[1] *and* document such in VSS; **or**
    b. Submit a request for a medical or religious exception from the government-wide COVID-19 vaccination requirements using the Accessibility Compliance Management System (ACMS) *and* document such in VSS.

4. It is imperative that you take ***immediate*** steps using the procedures established in Reference (a). Failure to timely complete one of the options above may result in disciplinary action against you, up to and including your potential removal from federal service. Disciplinary action is deferred for employees that:

    a. Provide notice and a date of retirement or resignation that is no later than January 31, 2022;
    b. Continue to be on extended leave greater than 30 days;
    c. Submit a request for an exemption in ACMS and are awaiting approval; or
    d. Provide proof of initiation of the vaccination process in VSS.

5. If you have any questions about this letter, please contact Edward McKenzie, HR Specialist (Employee & Labor Relations), at (206) 220-7052 or via email at Edward.B.McKenzie@uscg.mil, immediately upon your receipt of this memorandum so you are provided clarifying information in a timely manner as to help you meet the ***ten calendar day*** deadline specified above. If you have any questions about VSS, please visit the DHS VSS Connect page or email DHS_VSS_Support@hq.dhs.gov. If you have any questions about COVID-19 vaccinations generally and the various benefits available to federal employees as they receive their vaccinations, please visit the COVID-19 resources webpage.

6. If you are experiencing personal problems that are affecting, or have affected, your actions or job performance, I encourage you to contact the Coast Guard's Employee Assistance Program (EAP), CGSUPRT, at 1-855-247-8778. CGSUPRT is a voluntary, confidential, counseling, assessment and referral service provided for employees and their family members who desire help with personal, family, or job-related problems that may be affecting performance or work-related conduct.

#

ACKNOWLEDGEMENT OF RECEIPT:

Please sign below verifying your receipt of this letter. Your signature does not mean that you agree with the contents of the letter; nor by signing, are you forfeiting any rights:

---

[1] Links to the COVID-19 vaccines that have been approved, or authorized for emergency use, by the FDA and the WHO may be found at https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/covid-19-vaccines and https://extranet.who.int/pqweb/vaccines/vaccinescovid-19-vaccine-eul-issued .

Subj: LETTER OF ADVISEMENT                                        12750

Employee Signature: _____  Date: _____

Subj: LETTER OF ADVISEMENT

2