United States District Court
Southern District of Texas
**ENTERED**
February 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAMES RODDEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DR. ANTHONY FAUCI, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action 3:21-cv-00317 |

## ORDER

This matter is before the Court on Defendants' motion to stay, Dkt. No. 44.

Having considered the motion, the Court finds that it is well taken.

It is, accordingly, ORDERED as follows:

The Court GRANTS Defendants' motion to stay. This case is STAYED.

SIGNED on Galveston Island this  23rd  day of  February , 20 22  .

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE