UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES RODDEN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | No. 3:21-CV-317 |
| ANTHONY FAUCI, *et al.*, | § § § | |
| Defendants. | § § § | |

# **ORDER**

The court denies the plaintiffs' motion to lift the stay. Dkt. 50. The stay shall remain in place, pending a Supreme Court decision on a petition for writ of certiorari in a similar matter. *See* Supreme Court Notice, *Feds for Medical Freedom v. Biden*, No. 22-40043 (5th Cir. 2022), Dkt. 322.

Signed on Galveston Island this  1st  day of August, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE